UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------- x

CEDRIC BISHOP,

                  Plaintiff,

   -against-

BURKES OUTLET STORES, LLC,

                 Defendant.

------------------------------------- x

ORDER

20 Civ. 10640 (GBD)

GEORGE B. DANIELS, District Judge:

    This Court having been advised that the parties have reached a settlement in principle on all issues in this matter, the Clerk of Court is hereby ORDERED to close the above-captioned action, without prejudice to restoring the action to this Court's docket if an application to restore is made within forty-five (45) days.

    All conferences previously scheduled are adjourned *sine die*.

Dated: November 1, 2021
       New York, New York

                                      SO ORDERED.

                                      GEORGE B. DANIELS
                                      UNITED STATES DISTRICT JUDGE