UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------- x

CEDRIC BISHOP, ON BEHALF OF HIMSELF
AND ALL OTHER PERSONS SIMILARLY
SITUATED,

     Plaintiffs,

    v.

BURKES OUTLET STORES, LLC,

     Defendant.

------------------------------------- x

No.: 1:20-cv-10640

**NOTICE OF VOLUNTARY DISMISSAL**

Plaintiff(s), CEDRIC BISHOP, in accordance with Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, hereby dismisses the above entitled action against Defendant, BURKES OUTLET STORES, LLC, with prejudice and without fees and costs.

Dated: New York, New York
   December 14, 2021

                 **GOTTLIEB & ASSOCIATES**

                 */s/Michael A. LaBollita, Esq.*

              Michael A. LaBollita, Esq., (ML-9985)
                150 East 18th Street, Suite PHR
                    New York, NY 10003
                    Phone: (212) 228-9795
                     Fax: (212) 982-6284
                  Michael@Gottlieb.legal

                    *Attorneys for Plaintiffs*

SO ORDERED: **DEC 1 5 2021**

*George B. Daniels*
United States District Court Judge